UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        Case No. 2:12-cr-00283-MCE

    Plaintiff,

v.                               **ORDER FOR RELEASE OF PERSON IN CUSTODY**

DEANDRE WATSON,

    Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release DEANDRE WATSON, Case No. 2:12-cr-00283, from custody for the following reasons:

    \_\_\_\_    Release on Personal Recognizance

    \_\_\_\_    Bail Posted in the Sum of $\_\_\_\_

    \_\_\_\_    Unsecured Appearance Bond

    \_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_    Appearance Bond with Surety

    \_\_\_\_    Corporate Surety Bail Bond

    \_X\_    (Other): Pursuant to the Court's Order and Judgment of time served.

Issued in Sacramento, California on October 11, 2012.

Dated: October 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE